District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERNADETTE MUKANKUSI,

Plaintiff,

v.

KRISTI NOEM, *et al.*,

Defendants.

Case No. 2:25-cv-00479-BJR

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until November 28, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on June 26, 2025. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff for an asylum reinterview on July 31, 2025. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. After the interview, USCIS will need time to adjudicate Plaintiff's asylum application. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until November 28, 2025. The parties will submit a joint status report on or before November 28, 2025.

//

//

//

//



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 13th day of June, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 401 words, in compliance with the Local Civil Rules.

*s/ Tamunotonte Fenny*
TAMUNOTONTE FENNY, PHV
Jeelani Law Firm, PLC
3701 W. Algonquin Road, Suite 630
Rolling Meadows, Illinois 60008
Phone: 312-767-9030
Email: tonte@jeelani-law.com

*s/ Adam Boyd*
ADAM BOYD WSBA# 49849
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080
Email: adam.boyd@ghp-law.net
*Attorneys for Plaintiff*

**ORDER**

The case is held in abeyance until November 28, 2025. The parties shall submit a joint status report on or before November 28, 2025. It is so **ORDERED**.

DATED this 13th day of June, 2025.

Barbara Jacobs Rothstein
U.S. District Court Judge



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800